HOTEL HALCEYON CORPORATION, a Florida Corporation, *Appellant,* vs. THE GUARDIAN TRUST COMPANY, as liquidator of BISCAYNE TRUST COMPANY, a Florida corporation, as Trustee, and OSSINING TRUST COMPANY, a New York Corporation, as Trustee, *Appellees.*

139 So. 200.

Division B.

Opinion filed January 27, 1932.

*Peters & Kemp, James M. Carson* and *L. J. Cushman,* for Appellant;

*Shutts & Bowen, Herbert S. Sawyer* and *E. S. Quick,* for Appellees, on the appeal.

PER CURIAM.—This cause was heard on the same record, and virtually the same questions are raised as were raised in The Eureka Corporation, a Georgia Corporation vs. The Guardian Trust Co. et al., decided this date. The judgment below in this cause is therefore affirmed on authority of the last named case.

Affirmed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL AND DAVIS, J.J., concur.